1  J. RANDALL JONES, ESQ. (NV #1927)
   r.jones@kempjones.com
2  WILLIAM L. COULTHARD, ESQ. (NV #3927)
   w.coulthard@kempjones.com
3  MONA KAVEH, ESQ. (NV #11825)
   m.kaveh@kempjones.com
4  KEMP, JONES & COULTHARD, LLP
5  3800 Howard Hughes Parkway, 17th Floor
   Las Vegas, Nevada 89169
6  Telephone: (702) 385-6000
   Facsimile:  (702) 385-6001
7
8  RICHARD L. KELLNER, ESQ. (NV #8139)
   rlk@kbklawyers.com
9  KABATECK BROWN KELLNER, LLP
   Historic Fire Engine Co. No. 28 Building
10 644 South Figueroa Street
   Los Angeles, California 90017
11 Telephone: (213) 217-5000
   Facsimile:  (213) 217-5010
12 *Attorneys for Plaintiff*
13

14            UNITED STATES DISTRICT COURT

15                DISTRICT OF NEVADA

16

17 THE VACCINE CENTER LLC, d/b/a THE
   VACCINE CENTER AND TRAVEL MEDICINE      Case No: 2:12-cv-01849-JCM-NJK
18 CLINIC, a Nevada limited liability company,

19            Plaintiff,                    **Order Denying: (1) Defendant
                                            GlaxoSmithKline LLC's Motion to
20 v.                                       Dismiss; (2) Defendant Apexus, Inc.'s
                                            Motion to Dismiss; and (3) Defendant
21 GLAXOSMITHKLINE LLC, a Delaware limited  Southern Nevada Health District's
   liability company; APEXUS, INC., a Delaware Motion to Dismiss**
22 corporation; SOUTHERN NEVADA HEALTH
   DISTRICT; DOES I - X and ROE
23 CORPORATIONS I - X, inclusive,

24            Defendants.

25

26 / / /

27 / / /

28

- 1 -

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1  This matter having come on for hearing on September 12, 2013, at 10:00 a.m., in

2  Courtroom 6A before the Honorable James C. Mahan, as to Defendant GlaxoSmithKline

3  LLC's Motion to Dismiss (Doc. 27), Defendant Apexus, Inc.'s Motion to Dismiss (Doc.

4  29), and Defendant Southern Nevada Health District's Motion to Dismiss (Doc. 33),

5  with Plaintiff The Vaccine Center LLC d/b/a The Vaccine Center and Travel Medicine

6  Clinic ("The Vaccine Center") being represented by William L. Coulthard, Esq. and

7  Mona Kaveh, Esq. of the law firm Kemp, Jones & Coulthard, LLP, and Richard L.

8  Kellner, Esq. of the law firm Kabateck Brown Kellner, LLP; GlaxoSmithKline LLC

9  being represented by Stanley W. Parry, Esq., Edward Chang, Esq., Stephen J.

10 Kastenberg, Esq., and Marcel S. Pratt, Esq. of the law firm Ballard Spahr LLP; Apexus,

11 Inc. being represented by Gregory J. Casas, Esq. and Tyler Andrews, Esq. of the law

12 firm Greenberg Traurig, LLP; and Southern Nevada Health District being represented by

13 Terry A. Coffing, Esq. and Brian Blankenship, Esq. of the law firm Marquis Aurbach

14 Coffing.  The Court having reviewed the papers and pleadings on file herein and having

15 heard the oral arguments of counsel; and with good cause appearing and there being no

16 just reason for delay, the Court hereby finds the following:

### I.

### Findings

19 A complaint need only contain a "short and plain statement of the claim showing

20 that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2); *see also Erickson v.

21 Pardus*, 551 U.S. 89, 93-94 (2007).  This is required in order to "give the defendant fair

22 notice of what the . . . claim is and the grounds upon which it rests." *Bell Atlantic Corp.

23 v. Twombly*, 550 U.S. 544, 555 (2007).  While Rule 8 does not require detailed factual

24 allegations, it demands more than "labels and conclusions" or "a formulaic recitation of

25 the elements of a cause of action." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal

26 citations omitted).  "Factual allegations must be enough to raise a right to relief above

27 the speculative level." *Twombly*, 550 U.S. at 555 (2007).  Thus, to survive a motion to

Order Denying: (1) Defendant GlaxoSmithKline LLC's Motion to Dismiss; (2) Defendant Apexus, Inc.'s Motion to Dismiss; and (3) Defendant Southern Nevada Health District's Motion to Dismiss

1  dismiss, a complaint must contain sufficient factual matter to "state a claim to relief that

2  is plausible on its face."  *Iqbal*, 556 U.S. at 678 (internal citations omitted).  The

3  Vaccine Center's Complaint (Doc. 1) satisfies these standards, provides fair notice to

4  Defendants, and is plausible on its face.  The Court further finds that Defendants'

5  Motions to Dismiss present questions of fact and therefore permits the parties to proceed

6  with discovery.

7  **II.**

8  **Order**

9  ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

10  that Defendant GlaxoSmithKline LLC's Motion to Dismiss (Doc. 27) is DENIED.

11  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant

12  Apexus, Inc.'s Motion to Dismiss (Doc. 29) is DENIED.

13  / / /

14  / / /

15  / / /

16

17

18

19

20

21

22

23

24

25

26

27

28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

- 3 -

Order Denying: (1) Defendant GlaxoSmithKline LLC's Motion to Dismiss; (2) Defendant Apexus, Inc.'s Motion to Dismiss; and (3) Defendant Southern Nevada Health District's Motion to Dismiss

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant

2  Southern Nevada Health District's Motion to Dismiss (Doc. 33) is DENIED.

3    DATED this _27th_ day of September, 2013.

4

5    _____

6    UNITED STATES DISTRICT JUDGE

7  Respectfully submitted by:

8  **KEMP, JONES & COULTHARD, LLP**

9  _____

10  J. Randall Jones, Esq. (NV #1927)
   William L. Coulthard, Esq. (NV #3927)
11  Mona Kaveh, Esq. (NV #11825)
   3800 Howard Hughes Parkway
12  Seventeenth Floor
   Las Vegas, Nevada 89169

13  and

14  Richard L. Kellner, Esq. (NV #8139)
15  **KABATECK BROWN KELLNER, LLP**
   Historic Fire Engine Co. No. 28 Building
16  644 South Figueroa Street
   Los Angeles, California 90017
17  *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

- 4 -

Order Denying: (1) Defendant GlaxoSmithKline LLC's Motion to Dismiss; (2) Defendant Apexus, Inc.'s Motion to Dismiss; and (3) Defendant Southern Nevada Health District's Motion to Dismiss