UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE VACCINE CENTER LLC, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:12-cv-01849-JCM-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| GLAXOSMITHKLINE LLC, et al., ) | |
| ) | |
| Defendants. ) | |

  Pending before the Court is the parties' partially stipulated discovery plan. Docket No. 120. The parties all request oral argument regarding the different proposals outlined in the partially stipulated discovery plan. *See id.* at 2. Accordingly, the Court hereby sets this matter for hearing for October 9, 2013 at 3:00 p.m. in Courtroom 3A.

  IT IS SO ORDERED.

  DATED: October 7, 2013

              _____
              NANCY J. KOPPE
              United States Magistrate Judge