# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE VACCINE CENTER LLC, | |
| Plaintiff(s), | Case No. 2:12-cv-01849-JCM-NJK |
| vs. | ORDER DENYING MOTION TO COMPEL |
| GLAXOSMITHKLINE LLC, et al., | |
| Defendants. | (Docket No. 145) |

In light of the stipulation filed by the parties, Docket No. 150 at 5, the pending motion to compel (Docket No. 145) is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: June 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge