
# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE VACCINE CENTER LLC, | Case No. 2:12-cv-01849-JCM-NJK |
| Plaintiff(s), | ORDER STRIKING DOCKET NO. 160 |
| vs. | ORDER THAT DEFENDANT GLAXOSMITHKLINE FILE AN AMENDED MOTION FOR SUMMARY JUDGMENT |
| GLAXOSMITHKLINE LLC, et al., | |
| Defendants. | |

Pending before the Court is an order to show cause regarding the sealing of Docket No. 160. *See* Docket No. 162. The response to that order to show cause indicates that the cited information is available through other, public sources. *See* Docket No. 163 at 2.[1] On August 7, 2014, the Court held a hearing at which it discussed the possibility of GlaxoSmithKline substituting its citation in the motion for summary judgment with another citation that does not implicate any confidentiality issues. Having now considered the matter further, the Court hereby **STRIKES** Docket No. 160, which shall remain under seal. The Court further **ORDERS** GlaxoSmithKline to file, no later than August 11, 2014, an amended motion for summary judgment with a new citation.

IT IS SO ORDERED.

DATED: August 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The cited information is located in approximately one page of the 24-page exhibit. *See* Docket No. 160. Defendants sought to redact the other 23 pages of the exhibit. *See* Docket No. 163 at 4.