BILLIE-MARIE MORRISON, ESQ. (NV #7689)
bmorrison@cpklaw.com
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
Tel: (702) 380-2800 / Facsimile: (702) 380-2833

RICHARD L. KELLNER, ESQ. (NV # 8139)
rlk@kbklawyers.com
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
Tel: (213) 217-5000 / Facsimile: (213) 217-5010

MAXWELL M. BLECHER, ESQ. (admitted *pro hac vice*)
mblecher@blechercollins.com
COURTNEY A. PALKO, ESQ. (admitted *pro hac vice*)
cpalko@blechercollins.com
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Tel: (213) 622-4222 / Facsimile: (213) 622-1656

*Attorneys for Plaintiff*
THE VACCINE CENTER LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE VACCINE CENTER LLC, d/b/a THE VACCINE CENTER AND TRAVEL MEDICINE CLINIC, a Nevada limited liability company, | Case No. 2:12-cv-01849-JCM-NJK |
| | **NOTICE OF APPEAL** |
| Plaintiff, | Hon. James C. Mahan |
| vs. | |
| GLAXOSMITHKLINE LLC, a Delaware limited liability company; APEXUS, INC., a Delaware corporation; SOUTHERN NEVADA HEALTH DISTRICT; DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

1. NOTICE IS HEREBY GIVEN that THE VACCINE CENTER LLC, d/b/a THE VACCINE CENTER AND TRAVEL MEDICINE CLINIC, a Nevada limited liability company hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case dated October 29, 2014 (Dkt. No. 190) and the Order dated October 29, 2014 (Dkt. No. 189), attached hereto as Exhibits 1 and 2, respectively.

Dated: November 5, 2014              Respectfully submitted,

/s/ *Maxwell M. Blecher*
Maxwell M. Blecher
*Attorneys for Plaintiff*

MAXWELL M. BLECHER (admitted *pro hac vice*)
mblecher@blechercollins.com
COURTNEY A. PALKO (admitted *pro hac vice*)
cpalko@blechercollins.com
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Tel: (213) 622-4222 / Facsimile: (213) 622-1656

KABATECK BROWN KELLNER LLP
644 S. Figueroa Street
Los Angeles, CA 90017
Tel: (213) 217-5000 / Facsimile: (213) 217-5010
rlk@kbklawyers.com

BILLIE-MARIE MORRISON, ESQ. (NV #7689)
bmorrison@cpklaw.com
CRAIG P. KENNY & ASSOCIATES
501 S. 8th Street
Las Vegas, NV 89101
Tel: (702) 380-2800 / Facsimile: (702) 380-2833

64991.1

-1-