UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VACCINE CENTER, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE, LLC, et al.,<br><br>                  Defendants. | Case No.  2:12-cv-01849-JCM-NJK<br><br>ORDER |

      Presently before the court is plaintiff The Vaccine Center, LLC's (hereinafter "plaintiff") motion to file sur-reply to defendant Apexus, Inc.'s (hereinafter "Apexus") bill of costs.  (Doc. #203.)  Apexus has not filed a response, and the deadline to respond has now passed.

      On December 10, 2014, Apexus filed a stipulation to withdraw its bill of costs.  (Doc. #204.)  Apexus stated that it had resolved the issue with plaintiff by way of separate agreement and that it would not seek costs associated with this matter.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for leave to file a sur-reply, (doc. # 203), be, and the same hereby is, DENIED as moot.

      DATED THIS 14th day of January, 2015.

                                                                                                 JAMES C. MAHAN<br>
                                                                                                 UNITED STATES DISTRICT JUDGE