Matthew D. Lamb, Esq.
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: lambm@ballardspahr.com

Stephen J. Kastenberg, Esq.
(admitted pro hac vice)
Jason A. Leckerman, Esq.
(admitted pro hac vice)
Jessica M. Anthony, Esq.
(admitted pro hac vice)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
E-mail: kastenberg@ballardspahr.com
E-mail: leckermanj@ballardspahr.com
E-mail: anthonyj@ballardspahr.com

*Attorneys for Defendant*
*GlaxoSmithKline LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE VACCINE CENTER LLC, d/b/a THE VACCINE CENTER AND TRAVEL MEDICINE CLINIC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE LLC, a Delaware limited liability company; APEXUS, INC., a Delaware corporation; SOUTHERN NEVADA HEALTH DISTRICT; DOES I – X and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01849-JCM-NJK<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

PLEASE TAKE NOTICE THAT that Stanley W. Parry, Esq. and Edward Chang, Esq. are no longer associated with the law firm Ballard Spahr LLP and

DMEAST #24196725 v1

should be removed as counsel for defendant GlaxoSmithKline, LLC ("GSK"). Pursuant to LR IA 10-2(d), Matthew D. Lamb will serve as local counsel for GSK.

Dated: January 20, 2016.

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
Nevada Bar No. 12991
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000

Stephen J. Kastenberg, Esq.
(admitted pro hac vice)
Jason A. Leckerman, Esq.
(admitted pro hac vice)
Jessica M. Anthony, Esq.
(admitted pro hac vice)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500

*Attorneys for Defendant
GlaxoSmithKline LLC*

2

## CERTIFICATE OF SERVICE

I certify that on January 20, 2015, a true copy of **Notice of Change of Attorney** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

      /s/ Sarah Walton
An employee of BALLARD SPAHR LLP

DMEAST #24196725 v1